UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>ELLERY ZEPHIER, SR.,<br><br>　　　　　　　　Defendant. | CR 24-40096<br><br>REDACTED INDICTMENT<br><br>Assault with a Dangerous Weapon<br>(18 U.S.C. §§ 1153 and 113(a)(3))<br><br>Assault Resulting in Serious Bodily Injury; and<br>(18 U.S.C. §§ 1153 and 113(a)(6))<br><br>Kidnapping<br>(18 U.S.C. §§ 1153 and 1201) |

The Grand Jury charges:

COUNT 1

Between on or about July 20, 2024, and July 25, 2024, in Charles Mix County, in Indian country, in the District of South Dakota, the defendant, Ellery Zephier, Sr., an Indian, did unlawfully assault Kristy Selwyn, with a dangerous weapon, that is, shod feet, with intent to do bodily harm to Kristy Selwyn, all in violation of 18 U.S.C. §§ 1153 and 113(a)(3).

COUNT 2

Between on or about July 20, 2024, and July 25, 2024, in Charles Mix County, in Indian country, in the District of South Dakota, the defendant, Ellery Zephier, Sr., an Indian, did unlawfully assault Kristy Selwyn, and said assault resulted in serious bodily injury to Kristy Selwyn, all in violation of 18 U.S.C. §§ 1153 and 113(a)(6).

COUNT 3

Between on or about July 20, 2024, and July 25, 2024, in Charles Mix County, in Indian country, in the District of South Dakota, the defendant, Ellery Zephier, Sr., an Indian, did willfully and knowingly seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold Kristy Selwyn, against her will, for the purpose of assaulting her and otherwise, all in violation of 18 U.S.C. §§ 1153 and 1201.

A TRUE BILL:

**Name Redacted**

Foreperson

ALISON J. RAMSDELL
United States Attorney

By: Conny Larson

[2]